AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations   (asterisk denotes changes)   (11175)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Supervised Release) |
| **ANDRE TOLEY FAIRLEY** | CASE NUMBER: **1:10-CR-00189-001** |
|  | USM NUMBER: **11754-003** |
| **THE DEFENDANT:** | ***Christopher Knight, Esquire**<br>Defendant's Attorney |

X   admitted guilt to violation of supervision conditions: **Statutory & 9 as set forth in the Petition dated 11/6/15.**

☐   was found in violation of supervision condition:

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Statutory | New Offense | 7/1/2015 & 7/6/2015 |
| 9 | Technical |  |

    **The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Social Security No.** 5500

**Defendant's Date of Birth:** 1977

**Defendant's Residence Address:**
Malcolm, AL

**Defendant's Mailing Address:**

December 2, 2015
Date of Imposition of Judgment

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

December 8, 2015
Date

**Judgment  2**

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant:  **ANDRE TOLEY FAIRLEY**
Case Number: **1:10-CR-00189-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWENTY-FOUR (24) MONTHS; *said term to run concurrently with any custody sentence imposed in State Court.**

☒ ***The court makes the following recommendations to the Bureau of Prisons: that the defendant be designated to the state facility, where defendant is currently serving his state sentence, to serve his federal sentence.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
 ☐ at ___ .m. on ___.
 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ☐ before 2 p.m. on ___.
 ☐ as notified by the United States Marshal.
 ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　___UNITED STATES MARSHAL___

　　　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy U.S. Marshal